FILED
2005 Dec-12 PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **LAQUARIAS GRAY, a minor by and through her mother and next friend, TONIKO L. ALEXANDER**<br><br>Plaintiff,<br><br>vs.<br><br>**ANTONIO BOSTIC, Deputy Sheriff, individually; and EDMUND SEXTON, Tuscaloosa County Sheriff, individually,**<br><br>Defendants. | Civil Action Number<br>**7:03-cv-2989-UWC** |

## MEMORANDUM OPINION AND ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Discovery in this case has not resulted in a version of facts substantially different from those set forth in the Eleventh Circuit's opinion reversing this Court's grant of summary judgment to the Defendants.

Viewing the facts and the reasonable inferences flowing therefrom in a light most favorable to the Plaintiff, the motion for summary judgment is hereby DENIED.

Done this 12th day of December, 2005.

_____
U.W. Clemon
Chief United States District Judge